**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 67938

**FILED**

JUN 29 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK



## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order to transport a defendant, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jennifer P. Togliatti, District Judge
       Hon. Douglas Smith, District Judge
       Nicki Boyd
       Rochelle T. Nguyen
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-19710